# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 11-7043**

**September Term, 2011**

FILED ON: JULY 25, 2012

**1:10-cv-00519**

Elli Bern Angellino,

        **Appellant**

      **v.**

Royal Family Al-Saud et al.,

        **Appellees**

**BEFORE**: HENDERSON, ROGERS and KAVANAUGH, *Circuit Judges*.

## O R D E R

It is ORDERED by the court that the opinion filed by the court on June 5, 2012 be amended as follows:

On page 7, line 25, replace

        "with the Royal Family"

with

        "on the Kingdom of Saudi Arabia or a political subdivision thereof"

On pages 7-8, footnote 6, line 7 (on page 8),  insert "against the individual defendants" between "action" and " 'should.' "

On page 9, line 13, replace

        "defendant Royal Family"

with

        "Kingdom of Saudi Arabia"

On page 9, lines 16-18, replace

"suit against Royal Family as suit against Kingdom of Saudi Arabia or one of its political subdivisions"

with

"pro se complaint to seek relief from both Kingdom of Saudi Arabia, or political subdivision thereof, and individual defendants"

On page 9, line 18, add the following footnote 7 after "*supra* note 6."

[7]     To be clear, we express no opinion whether the Royal Family is equivalent to the Kingdom of Saudi Arabia or a political subdivision thereof. We understand Angellino's complaint to seek relief from, *inter alia*, the Kingdom of Saudi Arabia or a political subdivision thereof, service of which is governed by section 1608(a). *See* Appellant's Br. at 18-20 (action "[was] [b]rought [a]gainst the Defendants as [a] Foreign State"); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (pro se filing "is to be liberally construed" (quotation marks omitted)).

On page 9, lines 20-21, delete "on the defendant Royal Family"

On page 10, line 11, replace

"Royal Family members"

with

"Kingdom of Saudi Arabia"

On page 13, lines 23-24, replace

"defendant Royal Family"

with

"Kingdom of Saudi Arabia"

**PER CURIAM**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Jennifer M. Clark
Deputy Clerk